JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY M. DIETER, an individual, and GEORGE HENRY DIETER III, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a Virginia limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:16-cv-2448 PA (SPx)<br><br>**ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>[JURY TRIAL DEMANDED] |

1  On March 20, 2017, Plaintiffs KELSEY M. DIETER and GEORGE HENRY DIETER III, along with Defendant CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.

Dated: March 21, 2017

_____
PERCY ANDERSON
United States District Court Judge
Central District of California